**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| JASON LACKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 7:20-CV-00044 |
| v. | ) | |
| | ) | |
| ANDREW M. SAUL, | ) | |
| Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

AND NOW, this 1st day of September, 2020, upon consideration of the Defendant's

Motion for Remand, and Plaintiff's consent thereto, it is hereby ORDERED that the Motion is

granted, and this case is remanded to Defendant for further administrative proceedings.  Upon

remand, Plaintiff's claim will be further evaluated.

This remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g).

Entered: September 1, 2020.


*/s/ Elizabeth K. Dillon*

Elizabeth K. Dillon
United States District Judge

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

JASON LACKS,                          )
                                      )
              Plaintiff,              )
                                      )     Civil Action No. 7:20-CV-00044
       v.                             )
                                      )
ANDREW M. SAUL,                       )
Commissioner                          )
of Social Security,                   )
                                      )
              Defendant.              )

**JUDGMENT ORDER**

AND NOW, this _____ day of _____, 2020, the Court having separately

ordered the remand of this action for further administrative proceedings pursuant to the fourth

sentence of 42 U.S.C. § 405(g),

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule

58 of the Federal Rules of Civil Procedure.

BY THE COURT:

_____
                                         J.